IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROL AYANGBILE AND CYRIL AYANGBILE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:24-CV-1075-N-BW |
| | § | |
| CHILDREN'S HEALTH SYSTEM OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court **GRANTS** Defendant's Motion for Sanctions for Failure to Comply with Discovery Order (Dkt. No. 50) and Motion to Show Cause for Perjury and False Statements (Dkt. No. 76) and, by separate judgment, will **DISMISS** Plaintiffs' claims with prejudice.

**SO ORDERED** this 7th day of August, 2026.

DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE